# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JAMES V. WILLIAMS,

    Petitioner,

vs.

BRIAN WILLIAMS, et al.,

    Respondents.

2: 10-CV-00658-PMP-LRL

**ORDER**

    This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which petitioner, a state prisoner, is proceeding *pro se*. On July 19, 2010, this court entered an order denying petitioner's motion to amend his petition to add an additional claim, finding that the claim was unexhausted. On July 27, 2010, the court received a letter from petitioner, requesting a copy of his motion so that he can "file" in state court. (Docket #11.) Petitioner states that the prison's copy machine is broken, thus indicating that he still has a copy of the motion. There is no entitlement to the use of copy machines and petitioner provides no explanation as to why he cannot simply use the copy of the motion which is still in his possession for reference in exhausting his claim in state court. Petitioner's request is therefore **DENIED.**

DATED: August 9, 2010.

                              PHILIP M. PRO
                              United States District Judge