# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES V. WILLIAMS, | |
|     Petitioner, | 2: 10-CV-00658-PMP-LRL |
| vs. | |
| | **ORDER** |
| BRIAN WILLIAMS, et al., | |
|     Respondents. | |

This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which Petitioner, a state prisoner, is proceeding *pro se*. On August 26, 2010, Petitioner filed a motion requesting an order from this Court directing the prison to provide him with free copies. (Docket #22.) There is no entitlement to free copies and Petitioner provides no explanation as to why he needs a copy of his "case history print-out," or why he cannot obtain this information through other means. Accordingly, Petitioner's motion is **DENIED.**

DATED: August 31, 2010.

_____
PHILIP M. PRO
United States District Judge