UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES V. WILLIAMS, ) | |
| ) | |
| Petitioner, ) | 2:10-cv-00658-PMP-VCF |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| BRIAN WILLIAMS, *et al.,* ) | |
| ) | |
| Respondents. ) | |

Before the court is petitioner's pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On February 24, 2011, the court issued an order granting in part and denying in part respondents' motion to dismiss (ECF #29), which was served on petitioner at his address of record. On March 8, 2011, that order was returned by the U.S. Postal Service as undeliverable (ECF #30). Respondents filed their answer to the petition on April 21, 2011 (ECF #31). On October 18, 2011, the court issued a minute order in this case (ECF #32), which was also served on petitioner at his address of record. That order was returned by the U.S. Postal Service on November 2, 2011 as undeliverable (ECF #33).

1       Pursuant to Rule 2-2 of the Local Rules of Special Proceedings and Appeals, a *pro se* litigant is required to keep the court apprised of his or her current address at all times.  Local Rule 2-2 states: "The plaintiff [or petitioner] shall immediately file with the court written notification of any change of address.  The notification must include proof of service upon each opposing party or the party's attorney.  Failure to comply with this rule may result in dismissal of the action with prejudice."  Accordingly, as petitioner has failed to file written notification of change of address with the court, this action is dismissed with prejudice.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly and close this case.

Dated this 18th day of April, 2013.

_____
UNITED STATES DISTRICT JUDGE