UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES V. WILLIAMS, | |
|     Petitioner, | 2:10-cv-00658-PMP-VCF |
| vs. | |
| BRIAN WILLIAMS, *et al.,* | **ORDER** |
|     Respondents. | |

Before the court is petitioner's pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On February 24, 2011, the court issued an order granting in part and denying in part respondents' motion to dismiss (ECF #29), which was served on petitioner at his address of record. On March 8, 2011, that order was returned by the U.S. Postal Service as undeliverable (ECF #30). Respondents filed their answer to the petition on April 21, 2011 (ECF #31). On October 18, 2011, the court issued a minute order in this case (ECF #32), which was also served on petitioner at his address of record. That order was returned by the U.S. Postal Service on November 2, 2011 as undeliverable (ECF #33).

1    Pursuant to Rule 2-2 of the Local Rules of Special Proceedings and Appeals, a *pro se*
2 litigant is required to keep the court apprised of his or her current address at all times. Local Rule 2-2
3 states: "The plaintiff [or petitioner] shall immediately file with the court written notification of any
4 change of address. The notification must include proof of service upon each opposing party or the
5 party's attorney. Failure to comply with this rule may result in dismissal of the action with prejudice."
6 Accordingly, as petitioner has failed to file written notification of change of address with the court, this
7 action is dismissed with prejudice.

8    **IT IS THEREFORE ORDERED** that this action is **DISMISSED** with prejudice.

9    **IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly and close
10 this case.

11    Dated this 18th day of April, 2013.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
UNITED STATES DISTRICT JUDGE